Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: 503-223-5570 / Lisa@L2R2Law.com

Attorney for David Pearl

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:25-cr-00280-JR |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **DECLARATION IN SUPPORT OF** |
| DAVID PEARL, ) | **UNOPPOSED MOTION** |
| ) | **TO CONTINUE TRIAL DATE** |
| Defendant. ) | |

I, Lisa J. Ludwig, declare the following to be true to the best of my knowledge:

    1.  On July 21, 2025, I was appointed by the Honorable Jolie Russo, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, to represent David Pearl in the above captioned case;

    2.  The current trial date is October 30, 2025;

    3.  I make this Declaration in support of the attached Unopposed Motion to Continue Trial Date and Waiver of Speedy Trial;

    4.  Mr. Pearl is charged with one count of Failure to Obey a Lawful Order (40 U.S.C. § 1315 and 41 C.F.R. § 102-74.385) and one count of Creating a Disturbance (40 U.S.C. § 1315 and 41 C.F.R. § 102-74.390(c)).

Page 1– DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE

5. Mr. Pearl appeared for his arraignment on June 30, 2025. He was released on conditions and has been out of custody since;

6. A continuance of the current trial date until mid-January is necessary to provide the defense with adequate time to complete discovery review; to conduct independent investigation, including witness interviews and document retrieval; to prepare for trial; and otherwise complete preparations for Mr. Pearl's defense;

7. This is the second motion to reset the trial date filed in this case on behalf of current counsel;

8. I have contacted AUSA Leah Bolstad and on behalf of the government she does not oppose this requested continuance;

  I declare under penalty of perjury that the forgoing is correct to the best of my knowledge and belief.

    RESPECTFULLY SUBMITTED this 24th day of October 2025.

        /s/ Lisa J. Ludwig
        Lisa J. Ludwig, OSB #953387
        Attorney for David Pearl