**Thomas Freedman**, OSB No. 080697
Email: thomas@prllaw.com
PEARL LAW LLC
838 SW 1st Avenue Suite 400
Portland, OR  97204
Tel: (503) 486-4629 | Fax: (503) 217-5510

*Counsel for Defendant David Pearl*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff*,<br><br>  -against-<br><br>DAVID PEARL,<br><br>        *Defendant*. | Case No. 3:25-cr-00280-JR<br><br>**NOTICE OF DEFENDANT'S INTENTION TO RAISE DEFENSES TO COUNT 2** |

Defendant David Pearl, by and through his attorney, Thomas Freedman, hereby offers notice of his intention to raise the defenses of Defense of Others, Necessity (Legal Excuse), and Justification (Legal Excuse) to Count 2.

Dated:  February 9, 2026      Respectfully submitted,

                PEARL LAW LLC

                By: *thomas freedman*
                  **Thomas Freedman,** OSB No. 080697
                  *Attorney for Defendant David Pearl*