**Thomas Freedman**, OSB No. 080697
Email: thomas@prllaw.com
PEARL LAW LLC
838 SW 1st Avenue Suite 400
Portland, OR 97204
Tel: (503) 486-4629 | Fax: (503) 217-5510

FILED27 APR '26 14:39USDC-ORP

*Counsel for Defendant David Pearl*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               *Plaintiff,*<br><br>-against-<br><br>DAVID PEARL,<br><br>               *Defendant.* | Case No. 3:25-cr-00280-SI<br><br>**CONVENTIONALLY FILED EXHIBITS 6, 8, 11, and 12 to Defendant's Opening Brief (ECF 52)** |

The following Exhibits to Defendant's Opening Brief (ECF 52) are submitted to the Court on a thumb drive for conventional filing:

Exhibit 6 -- 19-second audio file ("LRAD Warning – Audio")

Exhibit 8 -- 2:50-minute video ("June 21 Surveillance Video")

Exhibit 11 -- 54-second video ("June 29 Surveillance Video Angle 1")

Exhibit 12 -- 59-second video ("June 29 Surveillance Video Angle 2")

Dated: April 27, 2026

Respectfully submitted,

PEARL LAW LLC

By: *thomas freedman*

    **Thomas Freedman**, OSB No. 080697
    *Attorney for Defendant David Pearl*



